JRB (58646-76)                                                      ARDC #6278964

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LORRAINE OLDHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-cv-5645 |
| v. ) | |
| ) | Judge: Honorable John F. Kness |
| RALPHS GROCERY COMPANY, a ) | |
| Corporation d/b/a FOOD 4 LESS ) | Magistrate Judge: Honorable Jeffrey Cummings |
| MIDWEST ) | |
| ) | |
| Defendant. ) | |

## JOINT INITIAL STATUS REPORT

Plaintiff, Lorraine Oldham, by and through her attorneys, and Defendant Ralphs Grocery Company d/b/a Food 4 Less, by and through their respective attorneys, and jointly submit the Initial Status Report as follows:

1. Attorneys of Record Expected to Try Case:

**Plaintiff:**

Patrick J. Condron
SUSAN E. LOGGANS & ASSOCIATES, P.C.
180 North LaSalle Street, Suite 2640
Chicago, IL 60601
T: (312) 201-8600
F: (312) 201-1180
pcondron@logganslaw.com

**Defendant Ralphs Grocery Company d/b/a Food 4 Less:**

Jennifer R. Beegle
Molzahn Reed & Rouse, LLC
17 North State Street, Suite 1590
Chicago, IL 60602
T: (312) 553-8633
F: (312) 917-1851
jrb@m2rlaw.com

Doc: 847443_1                                      1

2. Basis for Federal Jurisdiction:

The United States District Court for the Northern District of Illinois, Eastern Division, has jurisdiction over the above-captioned lawsuit pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441. This case was removed from Illinois State Court on such grounds.

**Plaintiff is a resident and citizen of the State of Illinois.**

**Defendant Ralphs Grocery Company d/b/a Food 4 Less, at the time the lawsuit was commenced and at all relevant times, has been an Ohio corporation with its principal places of business in California, making it a citizen of the State of California and the State of Ohio;**

**Plaintiff's Complaint alleges damages in excess of $50,000.00 and includes claims that she has suffered and will continue to suffer injuries of a personal and pecuniary nature. Such allegations are sufficient to trigger removal on grounds of diversity jurisdiction.** *McCoy v. General Motors Corp.*, 226 F. Supp. 2d 939 (N.D. Ill. 2002); *Varkalis v. Werner Co. & Lowe's Home Ctr.*, No. 10-C-03331, 2010 U.S. Dist. LEXIS 84870 (N.D. Ill. 2010).

3. Nature of the Claims Asserted:

<u>Plaintiff:</u>   **Plaintiff agrees with Defendant.**

<u>**Defendant Ralphs Grocery Company d/b/a Food 4 Less:**</u> **Plaintiff brings allegations of negligence against Defendant for injuries that arose from an incident that occurred on March 17, 2022 wherein Plaintiff was inside the Food 4 Less located at 1701 N. Larkin Avenue, Crest Hill, Illinois and tripped and fell over a bolt on the floor inside the store.**

**The allegations against Defendants are as follows:**
a. **Allowed a bar to remain bolted to the floor in obstruction of the checkout lane;**
b. **Failed to maintain a clear and safe checkout lane for invitees;**
c. **Failed to warn Plaintiff of a bar obstructing the checkout lane;**
d. **Failed to do a reasonable inspection of the premises to detect an obstruction in the checkout lane that could pose a risk to its invitees;**
e. **Failed to place the bar in a safe location where it could not pose a risk to invitees.**

4. Parties Not Yet Served:

**All parties have been served.**

5. Principal Legal Issues:

**The Parties expect liability and damages to be at issue. Specifically, Defendant expect the following issues to be contested: The cause of Plaintiff's fall and whether the condition was open and obvious; whether an injury occurred; whether the alleged incident caused Plaintiff's physical injuries; the amount of**

Doc: 847443_1                                       2

damages; the causal connection between the subject incident and Plaintiff's alleged damages and Plaintiff's failure to mitigate her damages.

6. Principal Factual Issues:

   Defendants expect there to be factual issues related to the principal legal issues identified *supra*.

7. Jury Trial:

   The parties demand a jury trial and expect the trial to last 4-5 days.

8. Discovery Undertaken and Anticipated:

   **Plaintiff:** Plaintiff will provide Mandatory Initial Discovery Responses to Defendant by April 21, 2023. Plaintiff anticipates that the following discovery will be needed, irrespective of possession, custody, or control: Defendants' depositions.
   **Defendant:** Defendant has provided its Mandatory Initial Discovery Responses to Plaintiff and issued written discovery. Defendant anticipates that the following discovery will be needed, irrespective of possession, custody, or control: Plaintiff's medical records; Plaintiff's medical bills, invoices, receipts; Plaintiff's employment or personnel file; Plaintiff's scope of employment; Plaintiff's salary and income; Plaintiff's tax records, including W-2s; party depositions; medical depositions; and expert reports and depositions.

9. Discovery Plan:

    i. Written discovery will be issued by Plaintiff no later than April 28, 2023.
    ii. Pleading amendments due by September 22, 2023.
    iii. Liability discovery is to be complete by August 25, 2023.
    iv. Medical discovery is to be complete by September 29, 2023.
    v. Plaintiff expert liability reports due on or before October 31, 2023 with Plaintiff expert depositions completed by November 30, 2023.
    vi. Defendants expert liability reports due on or before December 29, 2023 with Defendants expert depositions completed by January 31, 2024

10. Earliest Trial Readiness:

    The parties anticipate the earliest they will be ready for trial is February 29, 2024 and the trial will last 4-5 days.

11. Consent to Proceed Before Magistrate Judge:

    The Parties consent to proceed before the Magistrate Judge.

12. Status of Settlement:

**There have been no settlement discussions between the parties.**

**The parties do not request a settlement conference at this time but will entertain the possibility of a settlement conference likely after party depositions are complete.**

Dated: April 12, 2023

Respectfully submitted,

*/s/ Patrick J. Condron*

Patrick J. Condron
SUSAN E. LOGGANS & ASSOCIATES, P.C.
180 North LaSalle Street, Suite 2640
Chicago, IL 60601
T: (312) 201-8600
F: (312) 201-1180
thefirm@logganslaw.com

Counsel for Plaintiff,
Molly Condon

*/s/ Jennifer R. Beegle*
Jennifer R. Beegle (ARDC #6278964)
Molzahn Reed & Rouse, LLC
17 N. State Street, Suite 1590
Chicago, IL 60602
jrb@m2rlaw.com

Counsel for Defendant,
Ralphs Grocery Company d/b/a Food 4 Less

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on **April 12, 2023** a copy of the Joint Status Report was filed electronically with this Court, causing a copy of the foregoing document to be delivered via the Court's CM/ECF Electronic Filing System to all Counsel of Record.

                                                 By:   */s/ Jennifer R. Beegle*
                                                              Attorney for Ralphs Grocery Company d/b/a Food 4 Less